THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Mark A. McCoy, Appellant.
 
 
 

Appeal From Sumter County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2011-UP-278
Submitted May 1, 2011  Filed June 8, 2011  

APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Alan M. Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant Attorney General Donald J. Zelenka, all of Columbia;
 and Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Mark A. McCoy appeals his conviction for murder, arguing the circuit court erred in failing to instruct the jury on the lessor-included
offense of voluntary manslaughter.  Additionally, McCoy filed a pro se brief.  After a thorough review of the record and all briefs pursuant to Anders
v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., HUFF and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.